UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN CHAPPELL, ) | No. CV 12-3252-JSL (PLA) |
| ) Petitioner, ) | **JUDGMENT** |
| ) v. ) | |
| ) LELAND McEWEN, Warden, ) | |
| ) Respondent. ) | |

Pursuant to the order adopting the magistrate judge's findings, conclusions and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

*[Signature: Spencer Letts]*

DATED: 5/3/13

HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE