UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN CHAPPELL,       ) | No. CV 12-3252-JSL (PLA) |
| Petitioner,       ) | **JUDGMENT** |
| v.       ) | |
| LELAND McEWEN, Warden,       ) | |
| Respondent.       ) | |

Pursuant to the order adopting the magistrate judge's findings, conclusions and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 5/3/13

*/s/ Spencer Letts/*

HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE